IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

## ALTERNATIVE DISPUTE RESOLUTION SUMMARY

1. Style of case: **Segner, Jr., Milo H. as Liquidating Trustee of PR Liquidating Trust vs. Sinclair Oil & Gas Company, et al.**

2. Civil action number: **3-11-CV-03606**

3. Nature of the suit: **Securities**

4. Method of ADR used: **Mediation**

5. Date ADR session was held: **March 29, 2013**

6. Outcome of ADR *(Select one)*:

   ☐ Parties did not use my services.              ☐ Settled, in part, as a result of ADR

   ☒ Settled as a result of ADR.                   ☐ Parties were unable to reach settlement

7. What was your TOTAL fee: **$5,350.00**

8. Duration of ADR: **eight (8) hours**   (i.e., one day, two hours)

9. Please list persons in attendance (including party association, defendant, plaintiff). Please provide the names, address and telephone number of counsel on the reverse of this form.

   **Please see attached**

10. Provider information:

    Harlan A. Martin
    8401 North Central Expressway Suite 610
    Dallas, TX  75225
    214-744-5267

    _____           April 3, 2013
    Signature                                  Date

## Alternative Dispute Resolution Summary
*Continued*

Please provide the names, addresses and telephone numbers of counsel:

Andrew B. Sommerman Esq.
Sommerman & Quesada, LLP
3811 Turtle Creek Blvd.
Suite 1400
Dallas, TX   75219
Tel: 214-720-0720

Ken Johnson Esq.
Fleming Nolen & Jez, LLP
1330 Post Oak Blvd
Suite 3030
Houston, TX   77056
Tel: 713-621-7944

Mr. James J. Lee
Matthew R. Stammel Esq.
John C. Wander Esq.
Vinson & Elkins
Trammell Crow Center
2001 Ross Ave., Suite 3700
Dallas, TX   75201-2975
Tel: 214-220-7744

Scott K. Mayeda Esq.
Sinclair Oil Corporation
P.O. Box 30825
Salt Lake City, UT   84130-0825
Tel: 801-524-2752

Milo Segner with Plaintiff
Mike Carter with Plaintiff
Paul Haavic with Plaintiff
Ross Matthews with Defendnat
Steve Holding with Defendant
Lynn Hart with Defendant
Peter Johnson with Defendant

Jerry C. Alexander Esq.
Christopher A. Robison Esq.
Passman & Jones
2500 Renassance Tower
1201 Elm St.
Dallas, TX   75270-
Tel: 214-742-2121

Michael R. Rochelle Esq.
Sean J. McCaffity Esq.
Rochelle McCullough, LLP
325 N. Saint Paul St.
Suite 4500
Dallas, TX   75201
Tel: 214-953-0182

Cortney Christopher Thomas Esq.
Duston McFaul
Vinson & Elkins
Trammell Crow Center
2001 Ross Ave., Suite 3700
Dallas, TX   75201-2975
Tel: 214-220-7700

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April, 2013, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas.

*Judy Stephenson*
Judy Stephenson, Case Manager